NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BAYER SCHERING PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**LUPIN, LTD AND LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellees.*

------------------------------------------

**BAYER SCHERING PHARMA AG and BAYER HEALTHCARE PHARMACEUTICALS, INC.,**
*Plaintiffs-Appellants,*

v.

**SANDOZ, INC.,**
*Defendant-Appellee,*

AND

**WATSON PHARMACEUTICALS, INC. AND WATSON LABORATORIES, INC.,**
*Defendants-Appellees.*

---

2011-1143, -1228

---

Appeals from the United States District Court for the Southern District of New York in case nos. 10-CV-5423 and 08-CV-3710, Judge Paul G. Gardephe.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

## ORDER

The Pharmaceutical Research and Manufacturers of America move for leave to file a brief amicus curiae in support of the plaintiffs-appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 3 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter V. Bensinger, Jr., Esq.
    Robert F. Green, Esq.
    Joseph A. Hynds, Esq.
    Mark T. Jansen, Esq.
    Christopher N. Sipes, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 3 0 2011

JAN HORBALY
CLERK